UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) | Case No. MC19-0038SL |
| Plaintiff, ) | |
| v. ) | ORDER TO ISSUE WRIT OF |
| ROSS ISLAND SAND & GRAVEL CO., ) | GARNISHMENT |
| Defendant, ) | |
| v. ) | |
| WASHINGTON TRUST BANK, ) | |
| Garnishee. ) | |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Ross Island Sand & Gravel Co., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Washington Trust Bank. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiff's counsel on March 15, 2019, at Dkt. # 1-3.

Dated this 19th day of March, 2019.

*Robt S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT